## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                                                    CRIMINAL ACTION

JAMES GERALD CAIN, Defendant             DOCKET NUMBER: 5:14CR50067-001

### ORDER FOR RETURN OF SEIZED PROPERTY

This matter comes before the Court requesting an order to return property seized from the defendant and the property's owner, Emily Cain.

These items include: 1 Samsung Galaxy A50 cellphone (IMEI: 9438) with a black case/cracked screen cover

IT IS HEREBY ORDERED, ADJUNGED AND DECREED that in accordance with the established procedures set forth in the U.S. Probation Office for the Western District of Arkansas, the aforementioned property is to be returned to Emily Cain.

IT IS SO ORDERED.

Dated this 18th day of July, 2024.

_____
Honorable Timothy L. Brooks,
United States District Judge